IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CEDRIC NESBIT AND DAVID HAYNES**                                              **PLAINTIFFS**

**V.**                                                          **NO. 3:14-CV-00231-DMB-JMV**

**ASHLEY FURNITURE INDUSTRIES,
INC., JAMES SHOCKEY, WAYMON
BARBER, AND BOB LLEWELYN**                                                     **DEFENDANTS**

### ORDER GRANTING JOINT MOTION TO DISMISS

On January 7, 2016, the parties filed a "Joint Motion to Dismiss with Prejudice," in which they "respectfully request this Court grant their Joint Motion to Dismiss Plaintiffs' Complaint with prejudice" because "they have entered into an agreement which resolves all issues before the Court between Plaintiffs and Defendants." Doc. #46. Upon consideration, the motion [46] to dismiss with prejudice is **GRANTED**. A judgment dismissing this action with prejudice will be entered accordingly.

**SO ORDERED**, this 11th day of January, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**